ACCEPTED
03-14-00735-CV
4593917
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 9:39:30 AM
JEFFREY D. KYLE
CLERK



**DUGGINS
WREN
MANN &
ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

March 23, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/23/2015 9:39:30 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
209 West 14th Street, Room 101
Austin, Texas  78701

RE:     Court of Appeals Number:  03-14-00735-CV
        Trial Court Case Number:  D-1-GN-13-000121

        *Entergy Texas, Inc. et al. v. Public Utility Commission of Texas et al.*

Dear Mr. Kyle:

    For the Court's consideration in scheduling, please note that I will be out of the country from June 8-18, 2015.

                    Sincerely,

                    Marnie A. McCormick
                    mmccormick@dwmrlaw.com

MAM:alm

cc:     Elizabeth R. B. Sterling
        Sara J. Ferris
        Rex VanMiddlesworth
        Susan M. Kelley
        Daniel J. Lawton